RECEIVED
IN MONROE, LA
AUG 22 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FREDDIE C. GADDIS | CIVIL ACTION NO. 07-1081 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES OF AMERICA | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 11], together with the written objections thereto filed with this Court [Doc. No. 12], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss [Doc. No. 5] is GRANTED, and Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 22 day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE